FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JUL 09 2018 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------x
ALENA KOTSIKOVA,

       Plaintiff,

vs.

LAUNDRY KING, LLC. and ALTON HENRY.

       Defendants.
----------------------------------------x

Case No. 17-cv-03843(CLP)

STIPULATION AND (PROPOSED) ORDER
OF DISMISSAL WITH PREJUDICE

      The parties in the above-captioned action, through their undersigned counsel, stipulate and agree as follows:

      1.    No party hereto is an infant or incompetent person for whom a committee has been appointed and no non-party has an interest in the subject matter of the action.

      2.    The Settlement Agreement is fair and reasonable, and adequate to redress Plaintiff's claims in this action and to compensate Plaintiff's counsel on his request for attorneys' fees and costs.

      3.    In accordance with Rule 41 of the Federal Rules of Civil Procedure and *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), the Parties respectfully request that this action be dismissed with prejudice in its entirety and without costs and attorneys' fees (other than those costs and attorneys' fees specified in the Settlement Agreement) as to all claims asserted against Defendants, with each party to bear their own fees and costs.

4. This stipulation may be executed in counterparts and facsimile or electronic copies of signatures shall be deemed originals for all purposes.

Dated: July ___, 2018  
       Brooklyn, New York

DAVID A. FEINERMAN, ESQ.

*S/    David A. Feinerman*  
DAVID A. FEINERMAN, ESQ.  
2765 Coney Island Avenue, 2nd floor  
Brooklyn, New York 11235  
Tel (718) 646-4800

*Attorney for Plaintiff*

Dated: July ___, 2018  
       Long Island City, New York

STEPHEN D. HANS & ASSOCIATES. P.C.

*s/    Stephen D. Hans*  
STEPHEN D. HANS, ESQ.  
45-18 Court Square, Suite 403  
Long Island City, New York 11101  
Tel (718) 275-6700

*Attorneys for Defendants*

SO ORDERED THIS 9th DAY OF July, 2018

/s/ Chery Pollak  
Hon. Cheryl L. Pollak  
Magistrate Judge